**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE:  Docket Number 2018-CA-1765

Global Marketing Solutions, L.L.C.

- - Versus - -

Chevron U.S.A. Inc., Exxon Mobil Corporation, Key
Production Company, Inc., Seal Energy Company, and
Warren Operating Company

18th Judicial District Court
Case #: 1044039
West Baton Rouge Parish

On Application for Rehearing filed on 10/09/2019 by Global Marketing Solutions

Rehearing _____**DENIED**_____

_____
Toni Manning Higginbotham

_____
Allison H. Penzato

_____
Walter I. Lanier, III

**OCT 2 8 2019**
Date _____

_____
Rodd Naquin, Clerk